Axel SABERSKY, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 00–3446.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

James C. PENDLETON, Sr., Edith L. Pendleton, and Georgia P. Surer, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 00–5135.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

## ORDER

It appears that all of the appellants wish to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.